**Order entered July 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00857-CV

## HUMITECH DEVELOPMENT CORPORATION AND EMIL LIPPE, JR., Appellants

### V.

## ALAN PERLMAN, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-9266-J**

## ORDER

The Court has before it appellant Humitech Development Corporation's July 16, 2013 unopposed motion for withdrawal and substitution of appellate counsel. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove Emil Lippe, Jr. as counsel for Humitech Development Corporation and to substitute Kendyl T. Hanks as counsel for Humitech Development Corporation.

/s/ ELIZABETH LANG-MIERS
JUSTICE